ENTERED 5/2/17

FILED

MAY −2 2017

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___104___ DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 14-03142-CL11 |
| CHRISTOPHER JOHN HAMILTON & ELIZABETH LEIGH TESOLIN, | ) Adversary Proceeding No. 14-90152-CL |
| Debtors, | ) Chapter 11 |
| ELITE OF LOS ANGELES, INC. & SAN DIEGO TESTING SERVICES, INC., | ) JUDGMENT OF NONDISCHARGEABILITY |
| Plaintiffs, | |
| v. | ) Judge: Christopher B. Latham |
| CHRISTOPHER JOHN HAMILTON & ELIZABETH LEIGH TESOLIN, | |
| Defendants. | |

JUDGMENT OF NONDISCHARGEABILITY                                                                 14-90152

# JUDGMENT

The court hereby awards judgment in favor of Plaintiffs Elite of San Diego, Inc. and San Diego Testing Services, Inc. ("Plaintiffs") in this matter as follows:

<u>Against Defendant Christopher John Hamilton</u>

Plaintiffs' San Diego Superior Court judgment against Defendant Christopher John Hamilton in Case No. 37-2011-00101324-CU-BT-CTL, *Elite of Los Angeles, Inc., et al. v. Summa Consulting LLC, et al.*, is nondischargeable under 11 U.S.C. § 523(a)(6) in its entirety as to Mr. Hamilton.

<u>Against Defendant Elizabeth Leigh Tesolin</u>

Plaintiffs' San Diego Superior Court judgment against Defendant Elizabeth Leigh Tesolin in Case No. 37-2011-00101324-CU-BT-CTL, *Elite of Los Angeles, Inc., et al. v. Summa Consulting LLC, et al.*, is nondischargeable under 11 U.S.C. § 523(a)(6) in the amount of $160,000 as to Ms. Tesolin, jointly and severally with Mr. Hamilton.

IT IS SO ORDERED.

Dated: May 2, 2017

CHRISTOPHER B. LATHAM, JUDGE
United States Bankruptcy Court