# Notice Recipients

District/Off: 0974–3          User: Admin.                    Date Created: 5/2/2017
Case: 14–90152–CL             Form ID: pdfO1                  Total: 8

**Recipients of Notice of Electronic Filing:**
aty          Gerald N. Sims          jerrys@psdslaw.com
aty          Gi Nam Lee              glee@lawlpl.com
aty          Maggie Schroedter       schroedterm@higgslaw.com
aty          Paul J Leeds            leedsp@higgslaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft          Christopher John Hamilton       7979 Entrada Lazanja       San Diego, CA 92127
dft          Elizabeth Leigh Tesolin         7979 Entrada Lazanja       San Diego, CA 92127
intp         Ekwan E. Rhow       1875 Century Park East, 23rd Floor     Los Angeles, CA 90067–2561
aty          Ginam Lee       Legacy Pro Law PC       1000 Wilshire Blvd, Suite 2150       Los Angeles, CA 90017

TOTAL: 4