

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

In Re:
Christopher John Hamilton and Elizabeth Tesolin

CHRISTOPHER JOHN HAMILTON; and
ELIZABETH LEIGH TESOLIN,
    (Debtor-Appellants)
v.

ELITE OF LOS ANGELES, INC.; and SAN
DIEGO TESTING SERVICES,
    (Appellees)

Civil Action No.  18-cv-2341-GPC-NLS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The September 26, 2018 Bankruptcy Court Order holding that Debtor's automatic stay does not extend to Elite's state court claim against HCC is AFFIRMED.

Date:  3/19/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ D. Gilbert

D. Gilbert, Deputy